IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2126

BERNARD M. KIRSNER,
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Bernard M. Kirsner

    DATED at Chicago, Illinois this 19th day of August, 2022.

    s/Daniel A. Edelman
    Name of Attorney
    Edelman, Combs, Latturner and Goodwin, LLC
    Firm Name
    20 S. Clark Street Ste 1500
    Office Address
    Chicago, IL 60603
    City, State, ZIP Code
    (312) 739-4200
    Telephone Number
    courtecl@edcombs.com
    Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, certify that on August 19, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which shall cause delivery and notification of such filing upon the attorneys of record.

                                        *s/ Daniel A. Edelman*
                                        Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
courtecl@edcombs.com
dedelman@edcombs.com